**No. 56984.**—Pennsylvania Textile Corp. *v.* United States, protest 183737–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.

**No. 56985.**—Trans World Shipping Corp. *v.* United States, protest 183745–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.

**No. 56986.**—H. W. St. John & Company *v.* United States, protest 185362–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.

**No. 56987.**—Pacific Coast Borax Co. *v.* United States, protests 185636–K (A) and 185636–K (B) (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the cases the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protests were therefore overruled.

**No. 56988.**—Foreign Products Corporation *v.* United States, protest 186025–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.

DECEMBER 9, 1952

**No. 56989.**—SUIT 4687.—F. S. Whelan & Sons *v.* United States.—Reap. Dec. 7995 affirmed February 18, 1952.   C. A. D. 482.

DECEMBER 11, 1952

**No. 56990.**—SUIT 4676.—T. M. Duche & Sons *v.* United States.—C. D. 1300 affirmed March 18, 1952.   C. A. D. 485.